# Court of Appeals, State of Michigan

## ORDER

People of MI v Maran Christopher Simmons

Docket No.    321915

LC No.    13-003313-FH

Patrick M. Meter
Presiding Judge

Kurtis T. Wilder

Amy Ronayne Krause
Judges

The Court orders that the November 24, 2015 concurring opinion is hereby AMENDED. The opinion contained the following clerical error: RONAYNE KRAUSE, J., (*dissenting*). It should read, RONAYNE KRAUSE, J., (*concurring*).

In all other respects, the November 24, 2015 concurring opinion remains unchanged.

A true copy entered and certified by Jerome W. Zimmer Jr., Chief Clerk, on

JAN 07 2016
Date

Chief Clerk